**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** Revere, MA          **Category No.** II          **Investigating Agency** DEA

**City** Revere

**County** Suffolk

**Related Case Information:**

Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number  24-7150-JCB
Search Warrant Case Number  24-7151-JCB, 24-7152-JCB
R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____   ☐ Yes  ☑ No

**Defendant Name** Jason Hunter          Juvenile: ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name: _____

Address: Revere Street, Revere, MA

Birth date (Yr only): 1976   SSN (last 4#): ___   Sex: M   Race ___   Nationality: USA

**Defense Counsel if known:** Cara McNamara          Address: 51 Sleeper Street, 5th Floor

Bar Number: _____                    Boston, MA 02210

**U.S. Attorney Information**

AUSA: Katherine Ferguson          Bar Number if applicable: _____

**Interpreter:** ☐ Yes  ☑ No          List language and/or dialect: _____

**Victims:** ☐ Yes  ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☐ No

**Matter to be SEALED:** ☐ Yes  ☑ No

☐ Warrant Requested   ☐ Regular Process   ☑ In Custody

**Location Status:**

**Arrest Date:** April 3, 2024

☑ Already in Federal Custody as of  04/04/2024  in  Plymouth  .
☐ Already in State Custody at _____  ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____  on _____

**Charging Document:** ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:** ☐ Petty ___   ☐ Misdemeanor ___   ☑ Felony 3

Continue on Page 2 for Entry of U.S.C. Citations

☑  **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 4/11/2024          Signature of AUSA: *Katherine Ferguson*

JS 45  (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**    Jason Hunter

**U.S.C. Citations**

| | __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to Distribute and to Possess with Intent to Distribute Controlled Substances | 1 |
| Set 2 | 21 U.S.C. §§ 841(a)(1), (b)(A)(viii), and (b)(1)(B)(ii) | Distribution of and Possession with Intent to Distribute 500 Grams or More of a Mixture and Substance Containing Methamphetamine, 500 Grams or More of Cocaine, and Other Controlled Substances | 2 |
| Set 3 | 18 U.S.C. § 1956(h) | Money Laundering Conspiracy | 4 |
| Set 4 | 21 U.S.C. § 853 | Drug Forfeiture Allegation | |
| Set 5 | 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture Allegation | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

| | | | |
|---|---|---|---|
| **Place of Offense:** Revere, MA | **Category No.** II | **Investigating Agency** DEA | |

**City** Revere

**County** Suffolk

**Related Case Information:**

Superseding Ind./ Inf. _____ Case No. _____

Same Defendant _____ New Defendant _____

Magistrate Judge Case Number 24-7150-JCB

Search Warrant Case Number 24-7151-JCB, 24-7152-JCB

R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____     ☐ Yes  ☑ No

**Defendant Information:**

Defendant Name  Walter Norton                              Juvenile:  ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name: _____

Address:  High Hill Road, Atkinson, NH

Birth date (Yr only): 1979   SSN (last 4#): ____   Sex: M   Race: ____   Nationality: USA

**Defense Counsel if known:** James L. Sultan          Address: 1666 Massachusetts Avenue, Suite P-16

Bar Number: _____                      Lexington, MA 02420

**U.S. Attorney Information**

AUSA: Katherine Ferguson          Bar Number if applicable: _____

**Interpreter:**  ☐ Yes  ☑ No          List language and/or dialect: _____

**Victims:**  ☐ Yes  ☑ No     If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☐ No

**Matter to be SEALED:**  ☐ Yes  ☑ No

☐ Warrant Requested     ☐ Regular Process     ☑ In Custody

**Location Status:**

**Arrest Date:** April 3, 2024

☑ Already in Federal Custody as of  04/04/2024  in  Plymouth  .

☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial

☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:**  ☐ Complaint  ☐ Information  ☑ Indictment

**Total # of Counts:**  ☐ Petty ____  ☐ Misdemeanor ____  ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑  **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 4/11/2024          Signature of AUSA: *Katherine Ferguson*

JS 45  (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**   Walter Norton _____

**U.S.C. Citations**

|  | __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|---|
| Set 1 | 21 U.S.C. 846 | Conspiracy to Distribute and to Possess with Intent to Distribute Controlled Substances | 1 |
| Set 2 | 21 U.S.C. §§ 841(a)(1) and (b)(A)(viii) | Possession with Intent to Distribute 500 Grams or More of a Mixture and Substance Containing Methamphetamine and Marijuana | 3 |
| Set 3 | 21 U.S.C. § 853 | Drug Forfeiture Allegation |  |
| Set 4 |  |  |  |
| Set 5 |  |  |  |
| Set 6 |  |  |  |
| Set 7 |  |  |  |
| Set 8 |  |  |  |
| Set 9 |  |  |  |
| Set 10 |  |  |  |
| Set 11 |  |  |  |
| Set 12 |  |  |  |
| Set 13 |  |  |  |
| Set 14 |  |  |  |
| Set 15 |  |  |  |

**ADDITIONAL INFORMATION:**