UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

HUNTER et al

CRIMINAL ACTION
NO.  24-10090-WGY

## INITIAL SCHEDULING ORDER

  YOUNG, D.J.

The above named defendant(s) having been arraigned on  April 23, 2024  before Magistrate Judge Jennifer C. Boal, and having elected to proceed under the automatic discovery rules, IT IS HEREBY ORDERED in accordance with Local Rules (LR) 116.1 through 116.5 that:

A. The government shall provide automatic discovery by  5/21/2024 .  See L.R116.1(C).

B. The defendant shall provide automatic discovery by  5/21/2024 .  See LR 116.1(D).

C. Any discovery request letters shall be sent and filed by  6/4/2024 .  See LR 116.3 (A) and (H).

D. Any responses to discovery request letters shall be sent and filed by  6/18/2024 .  See LR 116.3(A).

E. An initial status conference in accordance with LR 116.5 will be held on  June 3, 2024  at  2:00  p.m. in Courtroom No.  18  on the  5th  floor.

By the Court,

  May 15, 2024                           /s/ Jennifer Gaudet
Date                                                         Deputy Clerk