UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal Action
No: 24-10090-WGY

UNITED STATES
Plaintiff

v.

HUNTER et al
Defendants

## SCHEDULING ORDER

YOUNG, D.J.

An initial status conference in accordance with LR 116.5 was held on 6/3/2024.

Any substantive motions are to be filed by 9/30/2024.   See LR 116.3(E) and (H).

Response to any motion is to be filed on or before 10/15/2024.   See LR 116.3(I).

A Final Pretrial Conference will be held on October 21, 2024 at 2:00 PM.

A joint memorandum in accordance with LR 116.5(C) is to be filed by 10/21/2024.

A tentative trial date has been set for November 18, 2024 at 9:00 AM.

The time between 4/23/2024 and 11/18/2024 is excluded with the agreement of the defendant in the interest of justice as stated on the record.

By the Court,

 /s/ Jennifer Gaudet
Deputy Clerk

June 4, 2024