UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>WALTER NORTON<br><br>Defendant | No. 1:24-cr-10090-WGY |

## NOTICE OF APPEARANCE

Please enter the appearance of Evan D. Panich as counsel for the United States of America.

                Respectfully submitted,

                LEAH B. FOLEY
                United States Attorney

By:    /s/ Evan D. Panich
         EVAN D. PANICH
         Assistant United States Attorney

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants .

                                              /s/ Evan D. Panich  
                                              Assistant United States Attorney

Date: February 11, 2025