UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Docket No.: 24-CR-10090-WGY |
| ) | |
| JASON HUNTER ) | |
| ) | |

## JOINT MOTION TO CONTINUE TRIAL

Counsel for Mr. Hunter files this assented to motion to continue the trial date, presently scheduled for April 7, 2025. Mr. Hunter is in negotiations with the government to resolve the matter short of trial and requires additional time prior to upcoming trial deadlines. Mr. Hunter's codefendant Mr. Norton has an evidentiary hearing scheduled for March 10, 2025 and similarly requests an extension of the trial date to adequately prepare. Counsel represents that she communicated about this request with the government, through Assistant United States Attorney Evan Panich and the government assents to the request as stated. Counsel similarly discussed the request with co-defendant counsel for Norton, and states that Norton joins this request to continue. If granted, the parties will contact the Court with proposed dates to reschedule.

Respectfully submitted,

JASON HUNTER
By his Attorney,

*/s/ Cara McNamara*
Cara McNamara
B.B.O. 712096
Assistant Federal Public Defender
Federal Public Defender Office
51 Sleeper Street, 5th Floor
Boston, MA 02210
Telephone: 617-223-8061

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on February 27, 2025.

                                        */s/ Cara McNamara*
                                        Cara McNamara