UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>(1) JASON HUNTER and<br>(2) WALTER NORTON<br><br>Defendants | CRIMINAL No. 1:24-cr-10090-WGY |

## NOTICE OF APPEARANCE

Please enter my appearance in the above-mentioned case as counsel for the United States of America.

                                             Respectfully submitted,

                                             LEAH B. FOLEY
                                             United States Attorney

                       By:    /s/ *Alathea E. Porter*
                                ALATHEA E. PORTER
                                Assistant United States Attorney

# **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants .

                                       /s/ *Alathea E. Porter*
                                       Assistant United States Attorney

Date: March 5, 2025