UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JASON HUNTER; and<br>WALTER NORTON,<br><br>Defendants | No. 1:24-cr-10090-WGY |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Undersigned counsel notices his withdrawal as counsel for the United States in this matter.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By:   /s/ Evan D. Panich
EVAN D. PANICH
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants .

/s/ Evan Panich
Assistant United States Attorney

Date: March 11, 2025