UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JASON HUNTER,<br><br>　　Defendant | CRIMINAL No. 1:24-cr-10090-WGY |

ASSENTED-TO MOTION FOR RULE 11 HEARING

Now comes the United States, through undersigned counsel, and with the assent of the defendant respectfully requests that the Court schedule this matter for a Rule 11 hearing on May 1, 2025, or on a date a date that is convenient to the Court and the parties.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By:  /s/ *Alathea E. Porter*
　　 ALATHEA E. PORTER
　　 Assistant United States Attorney

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants .

                                         /s/ *Alathea E. Porter*
                                         Assistant United States Attorney

Date: April 18, 2025