UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 24-10090-WGY |
| | ) | |
| (1) JASON HUNTER, and | ) | |
| (2) WALTER NORTON, | ) | |
| Defendants. | ) | |

## <u>NOTICE TO THE COURT REGARDING FORFEITURE</u>

The United States of America, by its attorney, Leah B. Foley, United States

Attorney for the District of Massachusetts, hereby gives notice to the Court that it will not

seek criminal forfeiture of the following asset identified in the Indictment, because the

United States Drug Enforcement Administration administratively forfeited the asset on or

about July 18, 2025:

     a.     $14,380 in United States currency, seized from 354 Revere Street, Revere, Massachusetts, on April 3, 2024.[1]

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By:    /s/ Matthew M. Lyons
        MATTHEW M. LYONS
        Assistant United States Attorney
        United States Attorney's Office
        1 Courthouse Way, Suite 9200
        Boston, MA 02210
        (617) 748-3100
Dated: July 25, 2025         matthew.lyons@usdoj.gov

---

[1] The Indictment described this asset as $14,280 in United States currency, seized from 354 Revere Street, Revere, Massachusetts, on April 3, 2024; the actual amount seized was $14,380, and this amount was corrected on the Court Docket via the United States' Bill of Particulars for Forfeiture of Assets, filed on April 18, 2025. *See* Docket No. 72.